JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Limited Liability Company; SWIFT TRANSPORTATION SERVICES, LLC, a Delaware Limited Liability Company; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC., a Delaware Corporation; and DOES 1 THROUGH 10, inclusive <br><br> Defendants. | Case No.: 5:22−cv−02034 AB (SPx) <br><br> **ORDER RE STIPULATION FOR REMAND** |

Pursuant to the Joint Stipulation filed by the parties, (Dkt. No. 9), the parties have agreed that this matter shall be remanded to the Superior Court of California, County of Riverside, case number CVRI2202923.

//

//

//

1  Pursuant to the Parties' Stipulation the Court hereby GRANTS the parties'
2  stipulation and remands this matter to Superior Court of California, County of
3  Riverside.
4
5  **IT IS SO ORDERED.**
6
7  Dated: December 01, 2022
8  ANDRÉ BIROTTE, JR.
   UNITED STATES DISTRICT JUDGE